IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 00464 |
| JOHN SIEFERT, | ) | Title 18, United States Code, Section 1343; Title 26, United States Code, Section 7206(1) |
| Defendant. | ) | JUDGE GAUGHAN |

FILED
OCT 14 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

GENERAL ALLEGATIONS

At all times material to this Information, unless otherwise specified:

1. Defendant JOHN SIEFERT resided in Highland Heights, Ohio, in the Northern District of Ohio, Eastern Division.

2. Victim 1 was a company locally headquartered in Cleveland, Ohio, in the Northern District of Ohio, Eastern Division. Victim 1 was a wholesale provider specializing in plumbing products. Defendant was Victim 1's President, a member of its Board of Directors, and one of its shareholders.

3. Company 1 was a realty company located in Cleveland, Ohio, that leased office space to Victim 1. Defendant was a part owner of Company 1 and controlled its accounting and banking.

The Scheme to Defraud

4. From in or around February 2021, through in or around January 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JOHN SIEFERT devised and intended to devise a scheme and artifice to defraud Victim 1 and to obtain money and

property from Victim 1 by means of materially false and fraudulent pretenses, representations, and promises.

5. The manner and means by which Defendant carried out the scheme included, but were not limited to:

*False and Fraudulent Invoices ("Scheme #1")*

a. Defendant created invoices from Company 1 to Victim 1 that purported to document services, inventory, and expenses incurred by Company 1 in connection with Victim 1's lease. In truth, the services were never rendered, the inventory did not exist, and the expenses were fictitious.

b. Defendant submitted and caused the submission of the Company 1 invoices to Victim 1.

c. Based on the false and fictitious Company 1 invoices, Defendant caused Victim 1 to issue payments to Company 1 via interstate wire transfer that purported to reimburse Company 1 for the billed services, inventory, and expenses.

d. Defendant withdrew the fraudulently obtained payments from Company 1 to enrich himself, his family members, and others.

*Fictitious Sales and Returns ("Scheme #2")*

e. Defendant created financial statements for Victim 1 that included a significant amount of customer product returns, which purported to document sales of plumbing products to customers that were later returned by the customers and credited by Victim 1.

f. In some cases, the product sales and returns were fictitious.

g. Defendant documented the fictitious sales and product returns to inflate Victim 1's sales numbers.

h. Victim 1 paid Defendant an annual bonus that was based primarily on the company's sales.

i. By falsely inflating company sales, and later attempting to conceal the fictitious sales by creating fictitious returns, Defendant fraudulently inflated the bonus that Victim 1 paid him each year.

*Sale of Victim 1 Products for Personal Benefit ("Scheme #3")*

j. At times, Defendant provided Victim 1's products to several customers but did not require the customers to pay Victim 1.

k. Instead of requiring payment to Victim 1 for the products provided by Victim 1, Defendant directed those customers on those occasions to provide services and products to Defendant and his family members.

Acts in Furtherance of the Schemes

6. The acts caused by Defendant in furtherance of Scheme #1, in the Northern District of Ohio, Eastern Division, and elsewhere, included, but were not limited to, the following:

a. On or about the dates listed below, Defendant submitted invoices to Victim 1 on behalf of Company 1 seeking reimbursement for services, inventory, and expenses allegedly associated with Victim 1's lease of property from Company 1, each invoice submission constituting a separate act in furtherance of Scheme #1:

| No. | Approximate Date | Description | Approximate Amount |
|---|---|---|---|
| 1 | 12/23/2020 | SEPTIC TANK SYSTEM COMPLETE | $ 16,250.00 |
| 2 | 3/6/2021 | SEPTIC SYSTEM W/ GRINDER BOOSTER PUMP PACKAGE | $ 26,016.82 |
| 3 | 4/9/2021 | GRINDER AND SEPTIC PACKAGE | $ 16,750.00 |
| 4 | 5/1/2021 | GRINDER SYSTEM PACKAGE COMPLETE | $ 19,985.00 |

| No. | Approximate Date | Description | Approximate Amount |
|---|---|---|---|
| 5 | 5/5/2021 | GRINDR PACKAGE COMPLETE SPETIC | $ 17,250.00 |
| 6 | 5/25/2021 | COMPLETE GRIND PACKAGE AND SEPTIC | $ 21,000.00 |
| 7 | 7/20/2021 | SEPTIC STORAGE PACKAGE W/ GRINDER AND BASIN | $ 20,850.00 |
| 8 | 8/15/2021 | *00117140436 | $ 27,050.00 |
| 9 | 8/19/2021 | *00117140436 GRINDER PUMP | $ 13,525.00 |
| 10 | 11/1/2021 | SEPTIC PACKAGE<br>SEPTIC WITH LEECH SYSTEM | $ 25,570.32 |
| 11 | 11/9/2021 | SEPTIC PACKAGE<br>GRINDER/CEMENT BASE/STORAGE<br>SEPTIC SYSTEM W/ PLASTIC UNITS | $ 46,445.32 |
| 12 | 12/7/2021 | SEPTIC PACKAGE<br>SEPTIC PACKAGE | $ 39,788.44 |
| 13 | 12/30/2021 | PIPE PERF 4 IN AND SOLID 6IN | $ 8,069.76 |
| 14 | 1/8/2022 | 2-GRINDER AND SUMP PACKAGE | $ 26,835.00 |
| 15 | 1/11/2022 | GRINDER PACKAGE<br>SEPTIC STORAGE UNIT | $ 26,000.00 |
| 16 | 1/14/2022 | PALLET 0609SM600410 | $ 1,300.00 |
| 17 | 1/15/2022 | GRINDER AND SUMP PACKAGE COMPLETE | $ 20,861.00 |
| 18 | 2/7/2022 | GRINDER AND SUM PACKAGE | $ 22,500.00 |
| 19 | 2/14/2022 | DUAL SEPTIC GRINDER | $ 29,311.00 |
| 20 | 2/19/2022 | SEPTIC SYSTEM COMPLETE | $ 13,695.32 |
| 21 | 2/19/2022 | GRINDER SYSTEM | $ 19,985.00 |
| 22 | 2/19/2022 | GRINDER SYSTEM<br>SEPTIC PACKAGE | $ 18,250.00 |
| 23 | 3/2/2022 | COMPLETE SEPTIC GRINDER AND PIT COMPLETE | $ 29,350.00 |
| 24 | 4/3/2022 | GRINDER PACKAGES W/ BASINS PUMP SYSTEMS COMPLETE | $ 45,300.00 |
| 25 | 4/4/2022 | GRINDER PACKAGES | $ 31,500.00 |
| 26 | 4/11/2022 | 5 GRINDER PACKAGES AND SEPTIC TANKS | $ 44,400.00 |
| 27 | 5/5/2022 | GRINDER SEPTIC GRINDER PACK | $ 32,550.00 |
| 28 | 5/20/2022 | SEPTIC SYSTEM WITH GRINDER AND TANK | $ 23,395.00 |
| 29 | 5/31/2022 | MACBC6 UNIT | $ 21,344.66 |
| 30 | 6/16/2022 | TOTAL PACKAGE OF GRINDERS AND SEPTIC | $ 29,950.00 |

| No. | Approximate Date | Description | Approximate Amount |
|---|---|---|---|
| 31 | 7/5/2022 | GRINDER AND SUMP PACKAGE COMPLETE FOR 3 SYSTEMS | $ 53,311.00 |
| 32 | 7/13/2022 | COMPLETE GRINDER PACKAGE AND SEPTIC SYSTEM W/ PUMPS ALARM AND UNITS | $ 35,300.00 |
| 33 | 7/28/2022 | DRINDER SYSTEMS W/ 1000 GL SEPTIC TANKS | $ 39,970.00 |
| 34 | 8/10/2022 | SEPTIC SYSTEMS COMPLETE | $ 27,390.64 |
| 35 | 8/14/2022 | MULTI 2CRE15-03 PACKAGE SEPTIC TANK SYSTEM | $ 31,732.18 |
| 36 | 8/31/2022 | SUMP GRINDER TANKS PACKAGE WITH INSTALL PIECES COMPLETE | $ 35,150.00 |
| 37 | 9/6/2022 | GRINDER SEPTIC TANKS COMPLETE | $ 38,690.00 |
| 38 | 9/15/2022 | GRINDER/BOOSTER/SEPTIC/INSTALL | $ 31,400.00 |
| 39 | 9/20/2022 | GRINDER PACKAGES BOOSTER PACKAGE | $ 54,400.00 |
| 40 | 10/15/2022 | GRINDER PACKAGES COMPLETE | $ 47,950.00 |
| 41 | 11/1/2022 | SEPTIC SYSTEMS | $ 24,500.00 |
| 42 | 11/5/2022 | SEPTIC PACKAGES WITH CEMENT BSINS | $ 24,500.00 |
| 43 | 11/7/2022 | BUILDING BOOSTERS FOR THREE BUILDS FOR W AND O | $ 27,750.00 |
| 44 | 12/14/2022 | SEPTIC TANKS COMPLETE | $ 34,500.00 |
| 45 | 2/25/2023 | SPETICE SYSTEMS COMPLETE | $ 27,390.64 |
| 46 | 2/28/2023 | GRINDER SYSTEM | $ 19,985.00 |
| 47 | 3/3/2023 | SEPTIC SYSTEM GRINDER | $ 24,500.00 |
| 48 | 3/19/2023 | BOOSTER PACKAGE COMPLETE MULTI 99334028 PUMP SEPTIC SYSTEMS | $ 64,337.18 |
| 49 | 3/25/2023 | BOOSTER SEPTIC GRINDER COMPLETE GRINDER PUMP SEPTIC SYSTEM | $ 52,580.80 |
| 50 | 4/10/2023 | COMP GRINDER PACKAGES SEPTIC SYSTEM | $ 53,375.00 |
| 51 | 4/24/2023 | SEPTIC GRINDER PACKAGE SYSTEM WITH TANK | $ 56,735.00 |
| 52 | 5/5/2023 | SEPTIC SYSTEMS COMPLETE | $ 34,500.00 |
| 53 | 5/6/2023 | SEPTIC SYSTEMS COMPLETE 500GAL TANK | $ 24,150.00 |
| 54 | 5/7/2023 | SEPTIC SYSTEMS COMPLETE 2VC BOOSTER | $ 31,603.00 |

| No. | Approximate Date | Description | Approximate Amount |
|---|---|---|---|
| 55 | 5/8/2023 | GRINDER SYSTEM COMPLETE<br>500GAL TANK | $ 26,885.00 |
| 56 | 6/23/2023 | COMPLETE SEPTIC SYSTEM | $ 47,100.00 |
| 57 | 6/23/2023 | COMPLETE SEPTIC SYSTEM<br>BOOSTER | $ 40,500.00 |
| 58 | 6/23/2023 | HOMES BOOSTER PACKAGES | $ 33,950.00 |
| 59 | 8/9/2023 | GRINDER<br>GRINDER PACKAGE<br>GRINDER AND SUMP<br>GRINDER BASIN SUMP | $ 54,810.00 |
| 60 | 8/10/2023 | SEPTIC SYSTEM COMPLETE<br>MULTI BOOSTER | $ 34,282.50 |
| 61 | 8/15/2023 | COMPLETE SEPTIC AND TANK<br>PACKAGE WITH BOOSTER | $ 30,625.00 |
| 62 | 8/30/2023 | GRINDR PACKAGE<br>SEPTIC SYSTEM<br>SEPTIC STORAGE UNIT | $ 62,340.64 |
| 63 | 8/30/2023 | GRINDR PACKAGE<br>SEPTIC SYSTEM<br>SEPTIC STORAGE UNIT | $ 48,645.32 |
| 64 | 9/19/2023 | COMPLETE SEPTIC PACKAGES W/<br>GRINDER/SUMP/LEACH | $ 41,250.00 |
| 65 | 10/4/2023 | SEPTIC SYSTEM DRINDERS | $ 49,000.00 |
| 66 | 10/31/2023 | COMPLETE GRINDER PACKAGES<br>SEPTIC PACKAGE | $ 53,800.00 |
| 67 | 11/1/2023 | COMPLETE GRINDER SEPTIC<br>CEMENT BASIN W/ HOUSE BOOSTER | $ 57,100.00 |
| 68 | 11/2/2023 | BOOSTER PACKAGE<br>SEPTIC PACKAGES | $ 41,750.00 |
| 69 | 12/1/2023 | HOUSE HOLD BOOSTER PACKAGES | $ 16,950.00 |
| 70 | 12/1/2023 | SEPTIC SYSTEMS COMPLETE | $ 27,390.64 |
| 71 | 12/6/2023 | GRINDER W/ SUMP PACKAGE<br>SEPTIC SYSTEM COMPLETE<br>SEPTIC PACKAGE COMPLETE | $ 34,870.32 |
| 72 | 12/6/2023 | GRINDER W/ SUMP PACKAGE<br>SEPTIC PACKAGE COMPLETE | $ 21,175.00 |
| 73 | 12/11/2023 | GRINDER W/ SUMP AND SEPTIC<br>TANK<br>HOUSE HOLD BOOSTER | $ 33,400.00 |
| 74 | 12/25/2023 | HOUSE BOOSTER PACKAGES<br>GRINDER PUMP PACKAGE | $ 47,425.00 |

| No. | Approximate Date | Description | Approximate Amount |
|---|---|---|---|
| 75 | 1/24/2024 | HOUSEHOLD BOOSTER PACKAGE COMPLETE<br>SEPTIC SYSTEM COMPLETE W/ GRINDER | $ 44,340.64 |
| 76 | 2/16/2024 | SEPTIC SYSTEM COMPLETE<br>GRINDER PACKAGE W/ BASIN<br>BOOSTER PACKAGE | $ 77,240.64 |
| 77 | 3/19/2024 | SEPTIC UNIT COMPLETE W/ INSTALL<br>GRINDER PUMP PACKAGE<br>ALL HOME BOOSTER | $ 37,500.00 |
| 78 | 3/25/2024 | GRINDER PUMP PACKAGES<br>ALL HOME BOOSTER<br>COMPLETE SEPTIC | $ 51,750.00 |
| 79 | 4/2/2024 | COMPLETE GRINDER PKG AND SEPTIC SYSTEM W/ ALARAM | $ 52,950.00 |
| 80 | 4/9/2024 | SEPTIC UNIT<br>GRINDER PACKAGES<br>HOME BOOSTER | $ 87,000.00 |
| 81 | 4/18/2024 | COMPLETE GRINDER PACKAGES<br>BOOSTER PACKAGES HOUSE | $ 103,800.00 |
| 82 | 4/23/2024 | HOUSE HOLD BOOSTER<br>CEMENT BASIN FOR SEPTIC | $ 47,400.00 |
| 83 | 5/1/2024 | BOOSTER PACKAGES<br>SEPTIC COMPLETE<br>GRINDER PACKAGE | $ 109,650.00 |
| 84 | 5/20/2024 | HOUSE HOLD BOOSTERS COMPLETE<br>COMPLETE GRINDER PACKAGES | $ 68,500.00 |
| 85 | 5/25/2024 | HOUSE BOOSTER PACKAGES | $ 84,750.00 |
| 86 | 6/18/2024 | HOUSEHOLD BOOSTER PACKAGES FOR WELL INSTALLED | $ 84,750.00 |
| 87 | 7/15/2024 | WHOLE HOUSE BOOSTERS INSTALLED | $ 52,050.00 |
| 89 | 7/17/2024 | HOUSE BOOSTERS COMPLETE AND INSTALL | $ 69,400.00 |
| 80 | 7/31/2024 | HOME BOOSTER PACKAGES INSTALLED | $ 59,456.00 |
| 90 | 8/25/2024 | BOOSTER PUMP PACKAGES W/ 5HP UNIT COMPLETE | $ 64,575.00 |
| 91 | 8/25/2024 | BOOSTER PUMP PACKAGES W/ 5HP UNIT COMPLETE | $ 43,050.00 |
| 92 | 9/12/2024 | GRINDER PACKAGES<br>BOOSTER PACKAGES | $ 96,000.00 |

| No. | Approximate Date | Description | Approximate Amount |
|---|---|---|---|
| 93 | 9/22/2024 | SEPTIC SYSTEM COMPLETE W/ GRINDER | $ 82,171.92 |
| 94 | 10/7/2024 | GRINDER/ SEPTIC SYSTEM COMPLETE INSTALLED | $ 71,125.00 |
| 95 | 10/11/2024 | ALL HOME BOOSTERS BOOSTER PUMP PACKAGES GRINDER PUMP PACKAGES | $ 88,346.00 |
| 96 | 10/18/2024 | HOME BOOSTERS INSTALLED GRINDER/SEPTIC INSTALLED | $ 55,950.00 |
| 97 | 10/24/2024 | GRINDER PUMP SYSTEM ALL HOME BOOSTER | $ 62,871.00 |
| 98 | 11/18/2024 | GRINDER PACKAGES HOME BOOSTER PACKAGES | $ 65,028.00 |
| 99 | 11/29/2024 | SEPTIC UNITS COMPLETE HOUSE BOOSTERS INSTALLED | $ 71,700.00 |
| 100 | 12/11/2024 | BOOSTER PACKAGES GRINDER PACKAGES | $ 60,864.00 |
| 101 | 12/23/2024 | BOOSTER PUMP PACKAGES COMPLETE | $ 65,385.00 |
| 102 | 1/6/2025 | 5HP BOOSTER PACKAGES COMPLETE | $ 43,590.00 |

b. On or about the dates listed below, Defendant caused Victim 1 to issue payments to Company 1 via interstate wire transfer that purported to reimburse Victim 1 in the approximate amounts listed below, each payment constituting a separate act in furtherance of Scheme #1:

| No. | Approximate Date | Approximate Amount |
|---|---|---|
| 1 | 1/12/2021 | $16,250.00 |
| 2 | 3/24/2021 | $26,016.82 |
| 3 | 4/15/2021 | $16,750.00 |
| 4 | 5/14/2021 | $17,250.00 |
| 5 | 6/7/2021 | $19,985.00 |
| 6 | 7/1/2021 | $21,000.00 |

| No. | Approximate Date | Approximate Amount |
|---|---|---|
| 7[1] | 7/23/2021 | $35,750.00 |
| 8 | 8/30/2021 | $13,525.00 |
| 9 | 9/3/2021 | $27,050.00 |
| 10 | 11/5/2021 | $25,570.32 |
| 11 | 11/15/2021 | $46,445.32 |
| 12 | 12/15/2021 | $39,788.44 |
| 13 | 1/6/2022 | $8,069.76 |
| 14 | 1/18/2022 | $26,000.00 |
| 15[2] | 1/25/2022 | $16,200.00 |
| 16 | 1/31/2022 | $20,861.00 |
| 17 | 2/14/2022 | $49,335.00 |
| 18 | 2/24/2022 | $33,680.32 |
| 19 | 3/1/2022 | $18,250.00 |
| 20 | 3/7/2022 | $29,350.00 |
| 21 | 4/12/2022 | $76,800.00 |
| 22 | 4/22/2022 | $44,400.00 |
| 23 | 5/12/2022 | $32,550.00 |
| 24 | 6/6/2022 | $44,739.66 |
| 25 | 6/17/2022 | $29,311.00 |
| 26 | 6/28/2022 | $29,950.00 |
| 27 | 7/8/2022 | $53,311.00 |
| 28 | 7/22/2022 | $35,300.00 |

[1] This deposit combines a rental payment of $14,900.00, with $20,850.00 of embezzled funds.

[2] This deposit combines a rental payment of $14,900.00, with $1,300.00 of embezzled funds.

| No. | Approximate Date | Approximate Amount |
|---|---|---|
| 29 | 8/3/2022 | $39,970.00 |
| 30 | 8/19/2022 | $59,122.82 |
| 31 | 9/8/2022 | $35,150.00 |
| 32 | 9/16/2022 | $38,690.00 |
| 33 | 9/22/2022 | $31,400.00 |
| 34 | 10/4/2022 | $54,400.00 |
| 35 | 11/1/2022 | $47,950.00 |
| 36 | 11/14/2022 | $49,000.00 |
| 37[3] | 12/23/2022 | $93,903.53 |
| 38 | 1/17/2023 | $27,750.00 |
| 39 | 3/10/2023 | $51,890.64 |
| 40 | 3/13/2023 | $19,985.00 |
| 41[4] | 3/24/2023 | $79,237.18 |
| 42 | 4/3/2023 | $52,580.80 |
| 43 | 4/17/2023 | $53,375.00 |
| 44 | 4/27/2023 | $56,735.00 |
| 45 | 5/12/2023 | $51,035.00 |
| 46 | 5/19/2023 | $66,103.00 |
| 47 | 7/5/2023 | $121,550.00 |
| 48 | 8/18/2023 | $54,810.00 |
| 49 | 8/21/2023 | $34,282.50 |

[3] This deposit combines three payments. A rental payment of $14,900.00, an approved board action reimbursement of $44,503.53, and embezzled funds of $34,500.00.

[4] This deposit combines a rental payment of $14,900.00, with $64,337.18 of embezzled funds.

| No. | Approximate Date | Approximate Amount |
|---|---|---|
| 50 | 8/22/2023 | $30,625.00 |
| 51 | 9/19/2023 | $110,985.96 |
| 52 | 9/26/2023 | $41,250.00 |
| 53 | 10/20/2023 | $49,000.00 |
| 54 | 11/13/2023 | $95,550.00 |
| 55 | 11/29/2023 | $57,100.00 |
| 56 | 12/20/2023 | $34,870.32 |
| 57 | 12/21/2023 | $38,125.00 |
| 58 | 12/27/2023 | $60,790.46 |
| 59 | 1/11/2024 | $47,425.00 |
| 60 | 2/2/2024 | $44,340.64 |
| 61 | 2/22/2024 | $77,240.64 |
| 62 | 3/26/2024 | $37,500.00 |
| 63 | 4/2/2024 | $51,750.00 |
| 64 | 4/8/2024 | $52,950.00 |
| 65 | 4/11/2024 | $87,000.00 |
| 66 | 4/23/2024 | $103,800.00 |
| 67 | 5/1/2024 | $47,400.00 |
| 68 | 5/9/2024 | $109,650.00 |
| 69 | 5/28/2024 | $68,500.00 |
| 70 | 6/5/2024 | $84,750.00 |
| 71 | 6/26/2024 | $84,750.00 |
| 72 | 7/22/2024 | $52,050.00 |
| 73 | 8/1/2024 | $69,400.00 |
| 74 | 8/9/2024 | $59,456.00 |

| No. | Approximate Date | Approximate Amount |
|---|---|---|
| 75 | 8/29/2024 | $64,575.00 |
| 76 | 8/30/2024 | $43,050.00 |
| 77 | 9/18/2024 | $96,000.00 |
| 78 | 9/26/2024 | $82,171.92 |
| 79 | 10/17/2024 | $88,346.00 |
| 80 | 10/22/2024 | $55,950.00 |
| 81 | 10/29/2024 | $62,871.00 |
| 82 | 11/12/2024 | $71,125.00 |
| 83 | 11/21/2024 | $65,028.00 |
| 84 | 12/5/2024 | $71,700.00 |
| 85 | 12/16/2024 | $60,864.00 |
| 86 | 12/23/2024 | $65,385.00 |
| 87 | 1/13/2025 | $43,590.00 |

c. As a result of Scheme #1, Victim 1 was defrauded and paid Company 1 at least approximately $4,335,220.52 for false invoices created by Defendant.

7. As a result of Scheme #2, Victim 1 was defrauded and sustained losses in at least the approximate amount of $881,314.27.

8. The acts caused by Defendant in furtherance of Scheme #3, in the Northern District of Ohio, Eastern Division, and elsewhere, included, but were not limited to, the following:

a. In or around September 2024, Defendant arranged for the delivery of approximately $26,060 of Victim 1 parts to be delivered to a landscaping company in return for landscaping work performed at Defendant's lake house in Akron, Ohio.

Failure to Report Income from the Schemes

9. Despite receiving substantial income from the above schemes in each year from 2021 through 2024, Defendant failed to report any of that income on his personal tax returns, and therefore filed false and fraudulent income tax returns for each year. Omitting the fraudulent income reduced his tax due and owing by a total of approximately $1,507,951 from 2021 through 2024.

COUNTS 1-2
(Wire Fraud, 18 U.S.C. § 1343)

The United States Attorney charges:

10. The factual allegations contained in Paragraphs 1 through 8 are realleged and incorporated by reference as if fully set forth herein.

11. On or about the following dates, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JOHN SIEFERT, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, transmitted and caused to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures and sounds, to wit: the following payments of Company 1 invoices by interstate wire transfer from Victim 1's Wells Fargo account in California to Company 1's First Federal of Lakewood account in the Northern District of Ohio, each transfer constituting a separate count of this Information:

| **Count** | **Date** | **Wire Amount** |
|---|---|---|
| 1 | 5/9/2024 | $109,650 |
| 2 | 5/28/2024 | $68,500 |

All in violation of Title 18, United States Code, Section 1343.

COUNT 3
(Making and Subscribing a False Tax Return, 26 U.S.C. § 7206(1))

The United States Attorney further charges:

12. The factual allegations contained in Paragraphs 1 through 9 are realleged and incorporated by reference as if fully set forth herein.

13. On or about April 6, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JOHN SIEFERT, who was married, willfully made and filed and caused to be filed with the IRS, a false United States Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, for the calendar year 2024, which was verified by a written declaration that it was made under the penalties of perjury and which Defendant did not believe to be true and correct as to every material matter. That tax return reported $721,850 in gross income, whereas, as Defendant knew, he received gross income in excess of $1,854,628.20 from Scheme #1.

All in violation of Title 26, United States Code, Section 7206(1).

DAVID M. TOEPFER
United States Attorney

By: /s/ Elliot Morrison
Elliot Morrison
Chief, White Collar Crimes Unit